IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ENVIRONMENTAL AIR, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| WHEELING AND LAKE ERIE ) | |
| RAILWAY COMPANY, et al., ) | |
| ) | |
| Defendants, ) | CIVIL ACTION |
| ) | |
| vs. ) | No.: 2:11-cv-01043 |
| ) | |
| CITY OF PITTSBURGH, et al., ) | Chief Judge Lancaster |
| ) | |
| Third-Party Defendants. ) | |

## ORDER

AND NOW, this 9th day of May, 2012 it is hereby ORDERED, ADJUDGED AND DECREED, that the within Motion to Compel Discovery responses, is GRANTED. City of Pittsburgh, Oakbrook Homeowners Association, and Elm Realty Services, Inc. d/b/a Warrior Hills Partners, and Deauville Management Co. d/b/a Warrior Hills Partners shall respond to and fully answer Defendant Wheeling and Lake Erie Railway Company's First Set of Interrogatories and Requests for Production of Documents, and produce all responsive documents, within ten (10) days of the date of this order.

_____ J.